**EXHIBIT 14**

PEARL COHEN ZEDEK LATZER LLP

1500 Broadway, 12th Floor
New York, NY 10036
Tel: 212-632-3480

To: **UroPep GbR-c/o IPF PharmCeuticals GmbH**
Medical Park Hannover, Feodor-Lynen Street 31

30625, Hannover, Germany

Date: 13-04-06
Client No.: 700174

# INVOICE 1201623                               Original

Please find below the total amount of legal fees and expenses:

| | |
|---|---:|
| Legal Fees | $ 2,413.00 |
| Expenses | $ 87.00 |
| **Total Amount** | **$ 2,500.00** |

Encl: 1. Summary page - If more than one file
2. Detail page for each file

**Pearl Cohen Zedek Latzer LLP**
Advocates, Notaries & Patent Attorneys

*Please note our new bank details:*

JPM Morgan Chase
Account No. 665-50-4215265
ABA # 021-000-021
11 West 51st Street, New York. NY 10019
Swift code: CHASUS33

Sincerely
Pearl Cohen Zedek Latzer

Please remit payment by wire to:
JPMorgan Chase ABA# 021000-021 Account No. 665-5042152-65
Kindly make payments immediately upon receipt of this invoice.

PEARL COHEN ZEDEK LATZER

File Description: Patent Application
United States
USE OF PHOSPHORDIESTERASE INHIBITORS IN THE

| | | | |
|---|---|---|---|
| Our Reference:: | P-8506-US1 | Application Date | 23-May-2003 |
| Your Reference: | Please provide | | |
| Client Contact: | Stefan Uckert | Application Number | 10/443,870 |
| Billing Contact: | | | |

**Detailed description of services and expenses**

|  |  |
|---|---:|
| | 542.50 |
| | 100.50 |
| | 500.00 |
| | 717.50 |
| | 17.50 |
| | 87.50 |
| | 367.50 |
| | 17.50 |
| | 62.50 |
| | 55.00 |
| | 32.00 |
| Total US $ | **2.500.00** |

This page does not include VAT.
Where applicable VAT is added on the formal invoice

CLIENT: UroPep GbR

# PEARL COHEN ZEDEK LATZER LLP

1500 Broadway, 12th Floor<br>
New York, NY 10036<br>
Tel: 212-632-3480

To: **UroPep GbR**-c/o IPF PharmCeuticals GmbH
Medical Park Hannover, Feodor-Lynen Street 31

30625, Hannover, Germany

Date: 09-05-06
Client No.: 700174

## INVOICE 1201770                                    Original

Please find below the total amount of legal fees and expenses:

| | |
|---|---:|
| Legal Fees | $ 1,042.50 |
| Expenses | $ 783.00 |
| **Total Amount** | **$ 1,825.50** |

Encl: 1. Summary page - If more than one file
2. Detail page for each file

**Pearl Cohen Zedek Latzer LLP**
Advocates, Notaries & Patent Attorneys

*Please note our new bank details:*

JPM Morgan Chase
Account No. 665-50-4215265
ABA # 021-000-021
11 West 51st Street, New York. NY 10019
Swift code: CHASUS33

Sincerely
Pearl Cohen Zedek Latzer

Please remit payment by wire to:
JPMorgan Chase ABA# 021000-021  Account No. 665-5042152-65
Kindly make payments immediately upon receipt of this invoice.

UroPep GbR  
c/o IPF PharmaCeuticals GmbH  
Medical Park Hannover  
Feodor-Lynen Str. 31  
30625, Hannover, Germany

PEARL COHEN ZEDEK LATZER

## Please find below the total amount of legal fees and expenses:

| Reference: | File Description | Services | Expenses | Total Dollars |
|---|---|---|---|---|
| Yours: Please provide<br>Ours: P-8506-US1 | Patent Application<br>United States<br>USE OF PHOSPHORDIESTERASE<br>INHIBITORS IN THE | 1,042.50 | 783.00 | 1.825.50 |
| | **TOTAL:** | 1,042.50 | 783.00 | 1,825.50 |

## Payment is due upon receipt of invoice.

*Billing details are printed on the following pages; A page per file.*

This page does not include VAT,  
V.A.T. is added to the above charges when relevant.

Report Printed On: May 09, 2006  
Customer Number: 700174

Important: When submitting payment, please include invoice numbers and dates of invoices being paid.

PEARL COHEN ZEDEK LATZER

File Description: Patent Application
United States
USE OF PHOSPHORDIESTERASE INHIBITORS IN THE

Our Reference:: P-8506-US1  Application Date 23-May-2003
Your Reference: Please provide
Client Contact: Stefan Uckert  Application Number 10/443,870
Billing Contact:

### Detailed description of services and expenses



| | |
|---|---:|
| | 555.00 |
| | 56.25 |
| | 62.50 |
| | 18.75 |
| | 350.00 |
| | 510.00 |
| | 250.00 |
| | 23.00 |
| Total US $ | **1.825.50** |

This page does not include VAT,  CLIENT: UroPep GbR
Where applicable VAT is added on the formal invoice

EINGEGANGEN AM 11. SEP. 2006

PEARL COHEN ZEDEK LATZER LLP

1500 Broadway, 12th Floor
New York, NY 10036
Tel: 212-632-3480

To: **UroPep GbR-c/o IPF PharmCeuticals GmbH**
Medical Park Hannover, Feodor-Lynen Street 31

30625, Hannover, Germany

Date: 16-08-06
Client No.: 700174

# INVOICE 1202247   Original

Please find below the total amount of legal fees and expenses:

| | |
|---|---:|
| Legal Fees | $ 1,908.75 |
| Expenses | $ 41.62 |
| **Total Amount** | **$ 1,950.37** |

Encl: 1. Summary page - If more than one file
2. Detail page for each file

**Pearl Cohen Zedek Latzer LLP**

*Please note our new bank details:*
JPM Morgan Chase
Account No. 665-50-4215265
ABA # 021-000-021
11 West 51st Street, New York. NY 10019
Swift code: CHASUS33

Sincerely
Pearl Cohen Zedek Latzer

Please remit payment by wire to:
JPMorgan Chase ABA# 021000-021 Account No. 665-5042152-65
Kindly make payments immediately upon receipt of this invoice.

UroPep Biotech GbR
Erich-Ollenhauer-Str. 3
Garbsen 30827
GERMANY

**PEARL COHEN ZEDEK LATZER**

## Please find below the total amount of legal fees and expenses:

| Reference: | File Description | Services | Expenses | Total Dollars |
|---|---|---:|---:|---:|
| Yours: Please advise<br>Ours: P-8506-US1 | Patent Application<br>United States<br>USE OF PHOSPHORDIESTERASE<br>INHIBITORS IN THE | 1,908.75 | 41.62 | 1,950.37 |
| | **TOTAL:** | **1,908.75** | **41.62** | **1,950.37** |

## Payment is due upon receipt of invoice.

*Billing details are printed on the following pages; A page per file.*

This page does not include VAT,  Report Printed On: August 23, 2006
V.A.T. is added to the above charges when relevant.  Customer Number: **700174**

**Important:** When submitting payment, please include invoice numbers and dates of invoices being paid.

PEARL COHEN ZEDEK LATZER

File Description: Patent Application
United States
USE OF PHOSPHORDIESTERASE INHIBITORS IN THE

| | | | |
|---|---|---|---|
| Our Reference:: | P-8506-US1 | Application Date | 23-May-2003 |
| Your Reference: | Please advise | | |
| Client Contact: | Stefan Uckert | Application Number | 10/443,870 |
| Billing Contact: | | | |

**Detailed description of services and expenses**

| | |
|---|---:|
| | 175.00 |
| | 37.50 |
| | 17.50 |
| | 113.75 |
| | 385.00 |
| | 612.50 |
| | 17.50 |
| | 100.00 |
| | 336.25 |
| | 113.75 |
| | 27.62 |
| | 14.00 |
| **Total US $** | **1,950.37** |

This page does not include VAT,
Where applicable VAT is added on the formal invoice



CLIENT: UroPep Biotech GbR

# PEARL COHEN ZEDEK LATZER LLP

1500 Broadway, 12th Floor
New York, NY 10036
Tel: 212-632-3480

To: **UroPep GbR**-c/o **IPF PharmCeuticals GmbH**
Medical Park Hannover, Feodor-Lynen Street 31

30625, Hannover, Germany

Date: 15-09-06
Client No.: 700174

## INVOICE 1202384      Original

Please find below the total amount of legal fees and expenses:

| | |
|---|---:|
| Legal Fees | $ 1,092.50 |
| Expenses | $ 21.30 |
| **Total Amount** | **$ 1,113.80** |

Encl: 1. Summary page - If more than one file
2. Detail page for each file

### Pearl Cohen Zedek Latzer LLP

*Please note our new bank details:*
JPM Morgan Chase
Account No. 665-50-4215265
ABA # 021-000-021
11 West 51st Street, New York. NY 10019
Swift code: CHASUS33

Sincerely
**Pearl Cohen Zedek Latzer**

Please remit payment by wire to:
JPMorgan Chase ABA# 021000-021 Account No. 665-5042152-65

UroPep Biotech GbR
Erich-Ollenhauer-Str. 3
Garbsen 30827
GERMANY

**PEARL COHEN ZEDEK LATZER**

## Please find below the total amount of legal fees and expenses:

| Reference: | File Description | | Services | Expenses | Total Dollars |
|---|---|---|---|---|---|
| Yours: Please advise<br>Ours: P-8506-US1 | Patent Application<br>United States<br>USE OF PHOSPHORDIESTERASE<br>INHIBITORS IN THE | | 1,092.50 | 21.30 | 1.113.80 |
| | | TOTAL: | 1,092.50 | 21.30 | 1,113.80 |

## Payment is due upon receipt of invoice.

*Billing details are printed on the following pages; A page per file.*

This page does not include VAT,　　　　　　　　　　Report Printed On:　September 13, 2006
V.A.T. is added to the above charges when relevant.　Customer Number:　700174

**Important:　When submitting payment, please include invoice numbers and dates of invoices being paid.**

**PEARL COHEN ZEDEK LATZER**

File Description: Patent Application
United States
USE OF PHOSPHORDIESTERASE INHIBITORS IN THE

| | | | |
|---|---|---|---|
| Our Reference:: | P-8506-US1 | Application Date | 23-May-2003 |
| Your Reference: | Please advise | Application Number | 10/443,870 |
| Client Contact: | Stefan Uckert | | |
| Billing Contact: | | | |



568.75
157.50
105.00
87.50
50.00
78.75
25.00
20.00

21.30

Total US $  1,113.80

This page does not include VAT,
Where applicable VAT is added on the formal invoice.

CLIENT: UroPep Biotech GbR