UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERFINDERGEMEINSCHAFT UROPEP GbR,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and<br><br>BROOKSHIRE BROTHERS, INC.,<br><br>Defendants. | CIVIL ACTION No. 2:15-cv-01202-JRG<br><br>JUDGE: HON. RODNEY GILSTRAP |

## DEFENDANT BROOKSHIRE BROTHERS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FLIE UNDER SEAL ITS MOTION TO DISQUALIFY FISH & RICHARDSON P.C.

Defendant Brookshire Brothers, Inc. ("Brookshire") files this Unopposed Motion For Leave to File Under Seal its Motion to Disqualify Fish & Richardson P.C.  The motion and its supporting declarations will contain information that is confidential and subject to the attorney-client privilege.   A protective order has not yet been entered in the present case.  Thus, Brookshire respectfully seeks this Court's permission pursuant to Local Rule CV-5(a)(7) to file its Motion to Disqualify Fish & Richardson P.C. and supporting declarations and exhibits under seal.  Brookshire has conferred with counsel for Plaintiff, and this motion is unopposed.


October 13, 2015              By: */s/Jon B. Hyland*
                                  Jon B. Hyland
                                  BARNES & THORNBURG LLP
                                  1717 McKinney Avenue, Suite 700
                                  Dallas, Texas 75202-1241
                                  Telephone: (214) 957-7728
                                  jon.hyland@btlaw.com

Todd G. Vare
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 231-7735
Facsimile: (317) 231-7433
todd.vare@btlaw.com

Felicia J. Boyd (admitted *pro hac vice*)
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 333-2111
Facsimile: (612) 333-6798
felicia.boyd@btlaw.com

*Attorneys for Defendants*
*Eli Lilly and Company and*
*Brookshire Brothers, Inc.*

**CERTIFICATE OF**
**SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 13th day of October, 2015.

*/s/ Jon B. Hyland*
Jon B. Hyland

**CERTIFICATE OF**
**CONFERENCE**

The undersigned certifies that on October 12, 2015, counsel for Plaintiff and counsel for Defendants conducted a conference via telephone with Plaintiff's counsel regarding the above motion. During this call Plaintiff informed Defendants that this motion is UN**OPPOSED.**

*/s/ Jon B. Hyland*
Jon B. Hyland

3