**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ERFINDERGEMEINSCHAFT UROPEP GbR,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELI LILLY AND COMPANY, and**<br><br>**BROOKSHIRE BROTHERS, INC.,**<br><br>Defendants. | **CIVIL ACTION No. 2:15-cv-01202-JRG**<br><br>**JUDGE: HON. RODNEY GILSTRAP** |

## ORDER GRANTING DEFENDANT ELI LILLY & COMPANY.'S UNOPPOSED TO SEAL CERTAIN EXHIBITS TO ITS JOINT APPENDIX IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE TESTIMONY

Before the Court is Defendant Eli Lilly & Company's ("Lilly") Unopposed Motion to Seal Exhibit 11 and Exhibit 18 to its Joint Appendix in Support of Motions for Summary Judgment and Motions to Exclude Certain Expert Testimony. Having considered the submissions, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED THAT Lilly is granted leave to file Exhibit 11 and Exhibit 18 to its Joint Appendix in Support of Motions for Summary Judgment and Motions to Exclude Certain Expert Testimony under seal.