**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ERFINDERGEMEINSCHAFT UROPEP GbR, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:15-CV-1202-WCB |
| ELI LILLY AND COMPANY, | § § | |
| *Defendant*. | § § | |

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enters this judgment in the above-captioned matter.

By its verdict, the jury found defendant Eli Lilly & Co. ("Lilly") liable for infringement of U.S. Patent No. 8,791,124, owned by plaintiff Erfindergemeinschaft UroPep GbR ("UroPep"). The jury further found that Lilly failed to prove the patent invalid on grounds of anticipation, obviousness, lack of adequate written description, and lack of enablement.  For damages, the jury found that UroPep was entitled to receive $20,000,000 from Lilly.

The Court rules that UroPep is entitled to prejudgment interest and postjudgment interest. In addition, the Court rules that UroPep is entitled to recover its chargeable costs under 28 U.S.C. § 1920.

It is therefore ordered and adjudged as follows:

1.  Final judgment is entered on the verdict in favor of UroPep and against Lilly.

2.  Lilly is ordered to pay UroPep damages in the amount of $20,000,000.

3.  Lilly is also ordered to pay UroPep prejudgment interest in the amount of $930,100.

4.  Lilly is also ordered to pay UroPep postjudgment interest in the amount determined by the formula set forth in 28 U.S.C. § 1961.

5.  As the prevailing party, UroPep is awarded its chargeable costs under 28 U.S.C. § 1920.  To obtain an award of costs, UroPep must submit a bill of costs, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule CV-54 of the Rules of the United States District Court for the Eastern District of Texas, within 30 days of the entry of this judgment.

6.  All other requests for relief set forth in the plaintiff's complaint are denied.


IT IS SO ORDERED.

SIGNED this 18th day of May, 2017.


_William C. Bryson_

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE