# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ERFINDERGEMEINSCHAFT UROPEP GbR,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELI LILLY AND COMPANY, and**<br><br>**BROOKSHIRE BROTHERS, INC.,**<br><br>Defendants. | **CIVIL ACTION No. 2:15-cv-01202-JRG**<br><br>**JUDGE: HON. RODNEY GILSTRAP** |

**<u>DEFENDANT ELI LILLY & COMPANY.'S UNOPPOSED TO SEAL EXHIBITS 1 AND 4 TO ITS OPPOSITION TO PLAINTIFF'S MOTION FOR ONGOING ROYALTIES</u>**

Defendant Eli Lilly & Company ("Lilly") files this Unopposed Motion to Seal Exhibits 1 and 4 to its response to Plaintiff's Motion for Ongoing Royalties (Dkt. 370 ). Exhibits 1 and 4 both contain Lilly's highly confidential financial and licensing information. Counsel for Lilly have designated both of these exhibits HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY their entirety.    Thus, Lilly maintains that good cause exists to seal Exhibits 1 and 4 to Lilly's response to Plaintiff's Motion for Ongoing Royalties in order to retain secrecy in regard to information that is highly confidential. To this end, Lilly respectfully asks the Court to seal Exhibits 1 and 4 to Lilly's Response to Plaintiff's Motion for Ongoing Royalties. Lilly has conferred with counsel for Plaintiff, and this motion is unopposed.

June 2, 2017

By: /s/*Jon B. Hyland*
Victor D. Vital
Bar No. 00794798
Jon B. Hyland

Bar No. 24046131
BARNES & THORNBURG LLP
2100 McKinney Avenue, Suite 1250
Dallas, Texas 75201
Telephone: (214) 258-4200
vvital@btlaw.com
jon.hyland@btlaw.com

Todd G. Vare
Jeff M. Barron
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 231-7735
todd.vare@btlaw.com
jeff.barron@btlaw.com

Felicia J. Boyd (admitted *pro hac vice*)
Anthony H. Son
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 333-2111
felicia.boyd@btlaw.com
anthony.son@btlaw.com

*Attorneys for Defendant*
*Eli Lilly and Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 2nd day of June, 2017.

*/s/ Jon B. Hyland*
Jon B. Hyland

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on June 2, 2017, counsel for Plaintiff and counsel for Defendants conducted a conference with Plaintiff's counsel regarding the above motion. During this conference Plaintiff informed Defendants that this motion is UN**OPPOSED.**

*/s/ Jon B. Hyland*
Jon B. Hyland
